UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DJORDJIC, PETAR | ) | Case No. 06-01059-SQU |
| DJORDJIC, VIOLETA | ) | |
| | ) | Hon. JOHN H. SQUIRES |

## APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE JOHN H. SQUIRES
       BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on February 8, 2006. On April 28, 2006, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $4,008.50, in compensation for 11.80 hours of services performed for the period July 31, 2006 through present and reimbursement of actual expenses in the amount of $34.32.

3. A description of the nature of the services rendered by the Applicant is as follows:

### ABANDONMENT

Prior to filing this Chapter 7 proceeding, the Debtors were embroiled in litigation with their parents over ownership of their homestead property. The Trustee identified the property as having potential equity for the Estate and retained Cohen & Krol to assist her in preserving and liquidating the property. Cohen & Krol reviewed the pre-petition litigation and defended against the estranged parents' motion to compel abandonment. Cohen & Krol expended 2.50 hours in the activity of Abandonment.

### ADVERSARY COMPLAINT/ DISCHARGEABILITY

Debtors' estranged parents filed an adversary proceeding objecting to Debtors' discharge. Cohen & Krol monitored this litigation.  Cohen & Krol prepared and presented Trustee's

motion to extend time to object to discharge. Cohen & Krol expended .80 hours in the activity of Adversary Complaint/Dischargeability.

EXEMPTIONS

Debtors' estranged parents objected to the Debtors' homestead exemption. Cohen & Krol monitored and participated in the objection to exemption proceedings. Cohen & Krol expended 1.20 hours in the activity of Exemptions.

PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented Trustee's motions to employ attorneys for trustee and to employ real estate broker for the Trustee. Cohen & Krol expended 2.90 hours in the activity of Professional Employment.

STAY LITIGATION

Cohen & Krol represented the Trustee in motions filed by both Debtors' estranged parents and Debtors' mortgage to modify the automatic stay. The Trustee had indentified the property as having equity and the Trustee sought to preserve the equity for the benefit of creditors. Cohen & Krol expended 3.30 hours in the activity of Stay Litigation.

WAIVER OF DISCHARGE

Cohen & Krol reviewed the motion and appeared at the hearing on the Debtor's waiver of discharge. Cohen & Krol expended .90 hours in the activity of Waiver of Discharge.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK2006 | 10.90 | 350.00 | 3,815.00 |
| GINA B. KROL/GBK2007 | .90 | 375.00 | 337.50 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $4,008.50 and reimbursement of actual and necessary expenses of $34.32 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: August 19, 2010                         /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

abc

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $4,008.50 and reimbursement of actual and necessary expenses of $34.32 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: August 19, 2010                         /s/ Gina B. Krol


GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

# EXHIBIT A

# DJORDJIC, PETAR and DJORDJIC, VIOLETA
## 06-01059-SQU

<u>Date</u>          <u>Services Rendered</u>                                              <u>Time</u>

# EXHIBIT B

## **TRUSTEE EXPENSES**

$       0.00

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Fees & Expenses Applications | Fees & Expenses Total |
|---|---|---|---|
| Cohen & Krol | $0.00 | $4,042.82 | $4,042.82 |
| TOTALS: | $0.00 | $4,042.82 | $4,042.82 |

**EXHIBIT G**