UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| DJORDJIC, PETAR | § | Case No. 06-01059 SQU |
| DJORDJIC, VIOLETA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/24/2010 in Courtroom 4016,
        United States Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/31/2010            By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DJORDJIC, PETAR § Case No. 06-01059 SQU
DJORDJIC, VIOLETA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,769.01 |
| and approved disbursements of | $ | 25.01 |
| leaving a balance on hand of[1] | $ | 7,744.00 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: GINA B. KROL | $ 1,526.90 | $ 0.00 |
| Attorney for trustee: Cohen & Krol | $ 4,008.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: Cohen & Krol | $ 0.00 | $ 34.32 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

      *Reason/Applicant*    *Fees*    *Expenses*
  *Other:*_____ $_____ $_____

  Applications for prior chapter fees and administrative expenses have been filed as follows:

      *Reason/Applicant*  *Fees*    *Expenses*
  *Attorney for debtor:*_____ $_____ $_____
  *Attorney for:*_____ $_____ $_____
  *Accountant for:*_____ $_____ $_____
  *Appraiser for:*_____ $_____ $_____
  *Other:*_____ $_____ $_____

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 186,149.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent.

  Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 000001 | Grochocinski Grochocinski & Lloyd | $ 3,225.00 | $ 37.67 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | World Financial Network National Bank | $ 126.24 | $ 1.47 |
| 000003 | Rosa Djordjic and Vojin Djordjic | $ 182,000.00 | $ 2,125.81 |
| 000004 | Village of Lombard | $ 395.17 | $ 4.62 |
| 000005 | eCAST Settlement Corporation assignee of | $ 403.56 | $ 4.71 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

   The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen               Page 1 of 1              Date Rcvd: Sep 01, 2010
Case: 06-01059                Form ID: pdf006            Total Noticed: 30

The following entities were noticed by first class mail on Sep 03, 2010.
db/jdb       +Petar Djordjic,   Violeta Djordjic,   429 W Crystal,   Lombard, IL 60148-1538
aty          +Bradley S Covey,   Springer, Brown,Covey, Gaertner & Davis,   232 S Batavia Ave,
               Batavia, IL 60510-3169
aty          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty          +Linda M Kujaca,   Law Office of Deborah K. Ebner,   11 E. Adams,   Suite 904,
               Chicago, IL 60603-6306
aty          +Michael J. Davis,   Springer, Brown, Covey, Gaetner & Davis,   400 S County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
tr           +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
10588609     +Credit Protection,   Box 802068,   Dallas, TX 75380-2068
10588611     +Grochocinski Grochocinski & Lloyd,   1900 Ravinia Pl.,   Orland Park, IL 60462-3760
10727486     +Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,   Orland Park, IL 60462-3760
10588610    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Direct Merchants Bank,   Box 21550,   Tulsa, OK 74121)
10588612      Harris Bank,   10 S. Villa St.,   Lombard, IL 60148
10588613     +La Salle Bank,   Box 87363,   Chicago, IL 60680-0363
10588614     +NCO Financial,   Box 15740,   Wilmington, DE 19850-5740
10588615      NCO Financial,   Box 41457,   Philadelphia, PA 19109
10588616     +Nicor,   c/o CBCS,   Box 69,   Columbus, OH 43216-0069
10588617     +Orchard Bank,   Box 17061,   Baltimore, MD 21297-1061
10588618     +Ostojic & Scudder,   332 S. Michigan Ave., #1024,   Chicago, IL 60604-4483
10588619     +Pellettieri & Assoc,   991 Oak Creek Dr.,   Lombard, IL 60148-6408
10588620      Richard Lang,   Elmhurst, IL 60126
10588622     +SBC,   c/o NCO Financial,   Box 4907,   Trenton, NJ 08650-4907
10588623     +Schiff Gorman & Krkljes,   One E. Wacker, Ste. 2850,   Chicago, IL 60601-1915
10588624     +T Mobile,   c/o Law Office of Mitchell Kay,   7 Penn Plaza,   New York, NY 10001-3967
10588625     +Van Ru Credit,   1350 E. Touhy,   Des Plaines, IL 60018-3303
10588626     +Village of Lombard,   255 E Wilson Ave,   Lombard, IL 60148-3931
10588628      Vojin & Rosa Djordjic,   c/o Richard L Hirsh & Assoc PC,   1500 Eisenhower Lane Suite 800,
               Lisle, IL 60532-2135
10588629     +Vojin adn Rosa Djordjic,   332 N. Broadview Ave.,   Lombard, IL 60148-1523
10588631     +WFNNB/Victoria Secret,   Box 659728,   San Antonio, TX 78265-9728
10739327     +World Financial Network National Bank,   Victoria's Secret,   c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10823732      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10588621    ##+RMA,   4360 NE Expressway,   Atlanta, GA 30340-3401
10588627    ##+Rosa Djordjic and Vojin Djordjic,   Richard L Hirsh & Assoc PC,   15 Spinning Wheel Rd,
               Suite 128,   Hinsdale, IL 60521-2983
10588630    ##+Wells Fargo,   589 N. York Rd.,   Elmhurst, IL 60126-1903
                                                                                    TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2010**                        **Signature:**   *Joseph Speetjens*