UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
DJORDJIC, PETAR                     §   Case No. 06-01059
DJORDJIC, VIOLETA                   §
                                    §
           Debtor(s)                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/GINA B. KROL_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | GROCHOCINSKI GROCHOCINSKI & LLOYD | | | | | |
| 000003 | ROSA DJORDJIC AND VOJIN DJORDJIC | | | | | |
| 000004 | VILLAGE OF LOMBARD | | | | | |
| 000005 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000002 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 06-01059   Doc 94   Filed 02/17/11   Entered 02/17/11 09:42:19   Desc Main

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Document    Page 6 of 12

**ASSET CASES**

Page: 1

| Case No: | 06-01059 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL | Exhibit 8 |
|---|---|---|---|---|---|---|
| Case Name: | DJORDJIC, PETAR | | | Date Filed (f) or Converted (c): | 02/08/06 (f) | |
| | DJORDJIC, VIOLETA | | | 341(a) Meeting Date: | 04/12/06 | |
| For Period Ending: 02/03/11 | | | | Claims Bar Date: | 07/31/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUND (u) | 12,000.00 | 7,367.00 | | 7,637.00 | FA |
| 2. Real estate | 750,000.00 | 10,000.00 | | 0.00 | FA |
| Prior to filing Chapter 7, Chancery court entered an order directing Debtors to deed property to parents. Deed was not recorded before case was filed. Trustee entered into an agreement with Debtors and parents to market the property jointly to pay claims. Property was on the market for six months, mortgage was not being paid, stay was modified and foreclosure commenced. Trustee was unable to effectuate sale of real estate. | | | | | |
| 3. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCONTS | 750.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES | 800.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. HOBBY EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 9. Car | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. Car | 15,000.00 | 0.00 | | 0.00 | FA |
| 11. OFFICE EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 12. Tools | 300.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 132.35 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $785,470.00 | $17,367.00 | | $7,769.35 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will submit her TDR to UST for review

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

LFORM1                                                                                                                      Ver: 16.01c

**FORM 1**
Case 06-01059 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT 09:42:19 Desc Main
Doc 94 Filed 02/17/21 Entered 02/17/21 09:42:19
Document ASSET CASES Page 7 of 12

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 06-01059 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: | DJORDJIC, PETAR | Date Filed (f) or Converted (c): | 02/08/06 (f) |
| | DJORDJIC, VIOLETA | 341(a) Meeting Date: | 04/12/06 |
| | | Claims Bar Date: | 07/31/06 |

Initial Projected Date of Final Report (TFR): 05/31/07    Current Projected Date of Final Report (TFR): 12/31/10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-01059 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DJORDJIC, PETAR | | Bank Name: | BANK OF AMERICA, N.A. |
| | DJORDJIC, VIOLETA | | Account Number / CD #: | *******4066 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0347 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/06 | 1 | Petar & Violeta Djordjic | | 1224-000  7,637.00 | | 7,637.00 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.26 | | 7,643.26 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.49 | | 7,649.75 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.50 | | 7,656.25 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.28 | | 7,662.53 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.52 | | 7,669.05 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.30 | | 7,675.35 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.52 | | 7,681.87 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.52 | | 7,688.39 |
| 02/15/07 | 000301 | International Sureties, Ltd. | BOND | 2300-000 | 5.93 | 7,682.46 |
| | | Suite 500 | BOND | | | |
| | | 203 Carondelet Street | | | | |
| | | New Orleans, LA  70130 | | | | |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  5.90 | | 7,688.36 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.53 | | 7,694.89 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.33 | | 7,701.22 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.54 | | 7,707.76 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.33 | | 7,714.09 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.55 | | 7,720.64 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000  6.56 | | 7,727.20 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000  4.91 | | 7,732.11 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000  4.93 | | 7,737.04 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000  4.13 | | 7,741.17 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000  3.70 | | 7,744.87 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000  3.07 | | 7,747.94 |
| 02/11/08 | 000302 | International Sureties, Ltd. | | 2300-000 | 7.29 | 7,740.65 |
| | | Suite 420 | | | | |
| | | 701 Poydras Street | | | | |
| | | New Orleans, LA  70139 | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000  1.84 | | 7,742.49 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000  1.83 | | 7,744.32 |

Page Subtotals     7,757.54     13.22

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 16.01c

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 06-01059 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DJORDJIC, PETAR | | Bank Name: | BANK OF AMERICA, N.A. |
| | DJORDJIC, VIOLETA | | Account Number / CD #: | *******4066  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0347 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.59 | | 7,745.91 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.98 | | 7,746.89 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.95 | | 7,747.84 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.98 | | 7,748.82 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.98 | | 7,749.80 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.96 | | 7,750.76 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.75 | | 7,751.51 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.63 | | 7,752.14 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 7,752.53 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,752.59 |
| 02/17/09 | 000303 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 6.04 | 7,746.55 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,746.61 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,746.68 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,746.85 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,747.04 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,747.23 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,747.43 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,747.63 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,747.82 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,748.01 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,748.21 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,748.41 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,748.60 |
| 02/09/10 | 000304 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 5.75 | 7,742.85 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,743.03 |

Page Subtotals        10.50        11.79

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Ver: 16.01c

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 06-01059 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | DJORDJIC, PETAR | | Bank Name: | BANK OF AMERICA, N.A. |
| | DJORDJIC, VIOLETA | | Account Number / CD #: | *******4066 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0347 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,743.23 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,743.42 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,743.61 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,743.81 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,744.00 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,744.20 |
| 09/23/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 7,744.34 |
| 09/23/10 | | Transfer to Acct #*******0286 | Final Posting Transfer | 9999-000 | | 7,744.34 | 0.00 |
| | | | COLUMN TOTALS | | 7,769.35 | 7,769.35 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 7,744.34 | |
| | | | Subtotal | | 7,769.35 | 25.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,769.35 | 25.01 | |

Page Subtotals  1.31  7,744.34

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 16.01c

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 06-01059 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | DJORDJIC, PETAR | | Bank Name: | BANK OF AMERICA, N.A. |
| | DJORDJIC, VIOLETA | | Account Number / CD #: | *******0286  BofA - Checking Account |
| Taxpayer ID No: | *******0347 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/23/10 | | Transfer from Acct #*******4066 | Transfer In From MMA Account | 9999-000 | 7,744.34 | | 7,744.34 |
| 09/23/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,526.90 | 6,217.44 |
| 09/23/10 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 2,672.33 | 3,545.11 |
| 09/23/10 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Expenses per Court Order | 3120-000 | | 34.32 | 3,510.79 |
| 09/23/10 | 003004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 1,336.17 | 2,174.62 |
| 09/23/10 | 003005 | Grochocinski Grochocinski & Lloyd<br>1900 Ravinia Pl.<br>Orland Park, IL 60462 | Claim 000001, Payment 1.16806% | 7100-000 | | 37.67 | 2,136.95 |
| 09/23/10 | 003006 | Rosa Djordjic and Vojin Djordjic<br>Richard L Hirsh & Assoc PC<br>15 Spinning Wheel Rd<br>Suite 128<br>Hinsdale, IL 60521 | Claim 000003, Payment 1.16821%<br>(3-1) Modified on 5/24/2006 to<br>correct creditor's address (cg) | 7100-000 | | 2,126.14 | 10.81 |
| 09/23/10 | 003007 | United States Bankruptcy Court<br>DuPage County Courthouse<br>505 N. County Farm Rd. Courtroom 20<br>Wheaton, IL  60187-0000 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #     DIVIDEND<br>================================<br>  2          000002          1.47<br>  4          000004          4.62<br>  5          000005          4.72 | <br><br><br><br>7100-901<br>7100-001<br>7100-901 | | 10.81 | 0.00 |

Page Subtotals    7,744.34    7,744.34

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

LFORM24

Ver: 16.01c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-01059 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | DJORDJIC, PETAR | Bank Name: | BANK OF AMERICA, N.A. |
|  | DJORDJIC, VIOLETA | Account Number / CD #: | *******0286  BofA - Checking Account |
| Taxpayer ID No: | *******0347 |  |  |
| For Period Ending: | 02/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | COLUMN TOTALS |  | 7,744.34 | 7,744.34 | 0.00 |
|  | Less:  Bank Transfers/CD's |  | 7,744.34 | 0.00 |  |
|  | Subtotal |  | 0.00 | 7,744.34 |  |
|  | Less:  Payments to Debtors |  |  | 0.00 |  |
|  | Net |  | 0.00 | 7,744.34 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Money Market Account (Interest Earn - ********4066 | 7,769.35 | 25.01 | 0.00 |
| BofA - Checking Account - ********0286 | 0.00 | 7,744.34 | 0.00 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 7,769.35 | 7,769.35 | 0.00 |
|  | ============== | ============== | ============== |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: __/s/ GINA B. KROL_____   Date: 02/03/11
                                    GINA B. KROL

Page Subtotals         0.00        0.00

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Ver: 16.01c
LFORM24